USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/18

DONALD G. DERRICO
DDERRICO@GRSM.COM

# GORDON & REES
## SCULLY MANSUKHANI

ATTORNEYS AT LAW
500 MAMARONECK AVENUE, SUITE #503
HARRISON, NY 10528
PHONE: 914 777-2210
WWW.GRSM.COM

June 8, 2018

**VIA ECF**
Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Louis Metten v. Town Sports Int;l, LLC and Town Sports Int'l Holdings, Inc.*
Docket No.: 1:18-cv-04226-ALC (S.D.N.Y.)
Consent Motion for Extension of Time to Respond to Complaint

Dear Judge Carter:

This firm represents Defendants Town Sports International, LLC and Town Sports International Holdings, Inc. (collectively, "TSI") in the above-referenced matter.

Pursuant to Rule 1(D) of your Honor's Individual Practices, TSI respectfully requests an extension of time to respond to the complaint in this matter up to and including **July 12, 2018.** TSI was served with the complaint on May 22, 2018, and its response is currently due June 12, 2018. However, the undersigned has only recently been retained and reasonably requires additional time to review the complaint and materials from TSI, advise and meet with TSI, and prepare a response to the complaint. This is TSI's first request for an extension of time in this matter, and this request will not affect any other scheduled deadline or court appearance. Plaintiff's counsel, Frank Mazzafero, consents to this request.

We thank the Court for its time and continuing attention to this matter.

Respectfully submitted,

/s/ *Donald G. Derrico*

Donald G. Derrico

cc: Counsel of Record (*via* ECF and email)

DEFENDANT'S REQUEST IS GRANTED.
SO ORDERED.

JUNE 11, 2018

1158650/38768339v.1