UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOIS METTEN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>TOWN SPORTS INTERNATIONAL, LLC, and TOWN SPORTS INTERNATIONAL HOLDINGS, INC. d//b/a NEW YORK SPORTS CLUBS, BOSTON SPORTS CLUBS, WASHINGTON SPORTS CLUBS and PHILADELPHIA SPORTS CLUBS,<br><br>     Defendants. | NO. 1:18-cv-04226-ALC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF LOIS METTEN** |

Plaintiff Lois Metten ("Plaintiff") and Defendants Town Sports International, LLC, and Town Sports International Holdings, Inc. d//b/a New York Sports Clubs, Boston Sports Clubs, Washington Sports Clubs and Philadelphia Sports Clubs ("Defendants") jointly stipulate that Plaintiff and Defendants are hereby voluntarily dismissed, with prejudice, and the claims of unnamed members of the putative class are dismissed without prejudice from this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this 11th day of February, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: _____
 Beth E. Terrell, *Admitted Pro Hac Vice*
 Email: bterrell@terrellmarshall.com
 Adrienne D. McEntee, *Pro Hac Vice*
 Email: amcentee@terrellmarshall.com
 936 North 34th Street, Suite 300
 Seattle, Washington 98103-8869
 Telephone: (206) 816-6603

GORDON & REES SCULLY MANSUKHANI

By: _____
 Thomas C. Blatchley, *Pro Hac Vice*
 Email: tblatchley@grsm.com
 95 Glastonbury Boulevard, Suite 206
 Glastonbury, Connecticut 06033
 Telephone: (860) 494-7525
 Facsimile: (860) 560-0185

Joseph A. Fitapelli
Email: jfitapelli@fslawfirm.com
Frank J. Mazzaferro
Email: fmazzaferro@fslawfirm.com
FITAPELLI & SCHAFFER, LLP
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333

*Attorneys for Plaintiff and the Proposed Class*

Donald G. Derrico
Email: dderrico@grsm.com
GORDON & REES SCULLY
MANSUKHANI
500 Mamaroneck Avenue, Suite #503
Harrison, New York 10528
Telephone: (914) 777-2210

*Attorneys for Defendants Town Sports
International, LLC and Town Sports
International Holdings, Inc.*

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald G. Derrico
Email: dderrico@grsm.com
GORDON & REES SCULLY MANSUKHANI
500 Mamaroneck Avenue, Suite #503
Harrison, New York 10528
Telephone: (914) 777-2210

Thomas C. Blatchley, *Admitted Pro Hac Vice*
Email: tblatchley@grsm.com
GORDON & REES SCULLY MANSUKHANI
95 Glastonbury Boulevard, Suite 206
Glastonbury, Connecticut 06033
Telephone: (860) 494-7525
Facsimile: (860) 560-0185

*Attorneys for Defendants Town Sports International, LLC and Town Sports International Holdings, Inc.*

DATED this 11th day of February, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: _____
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*